UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 6:19-CR-18-2 |
| | § | |
| BERNADETTE RENEE MOLINA | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is currently on bond for three separate felony offense charged in state court. Each of the cases has a separate arrest date. The Government presented evidence that on April 2, 2019, the defendant assaulted law enforcement officers who were attempting to arrest her. This occurred while the defendant was on bond in the other cases. The most basic condition of any bond is to not commit new law violations. The defendant has shown she is either unable or unwilling to comply with conditions of release. The defendant is a poor candidate for bond and is **ORDERED** detained pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 11th day of April 2019.

_____
Jason B. Libby
United States Magistrate Judge